**Miguel A. RIVERA, Appellant**

v.

**UNITED STATES SENTENCING COMMISSION, As a Federal Agency of the U.S., Appellee.**

No. 08–5361.

United States Court of Appeals, District of Columbia Circuit.

March 25, 2009.

Miguel A. Rivera, Butner, NC, pro se.

BEFORE: SENTELLE, Chief Judge, and TATEL and BROWN, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed July 25, 2008, 2008 WL 2874192, be affirmed. Appellant did not show a "clear and indisputable right" to mandamus relief. *See Gulfstream Aerospace Corp. v. Mayacamas Corp.,* 485 U.S. 271, 289, 108 S.Ct. 1133, 99 L.Ed.2d 296 (1988).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.